# In the United States District Court for the Southern District of Georgia Brunswick Division

UNITED STATES OF AMERICA,

v.

JOSHUA WHIGAN,

    Defendant.

CR 225-014-8

### ORDER

    Before the Court is the parties' joint notice concerning presentence investigation report and immediate sentencing, dkt. no. 94, which the Court construes as a motion. Therein, the parties give notice that, because Defendant is entering a guilty plea to a Class B misdemeanor, they are not seeking a presentence investigation report. As a result, the parties consent to the Court imposing sentence at the Rule 11 hearing. After consideration, the motion, dkt. no. 94, is **GRANTED**. Defendant shall be sentenced at the conclusion of the Rule 11 hearing currently scheduled for October 27, 2025.

    **SO ORDERED**, this 24th day of September, 2025.

    HON. LISA GODBEY WOOD, JUDGE
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF GEORGIA